IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VET C BEYELER, and PATRICIA J BEYELER, | 4:19CV3077 |
| Plaintiffs, | |
| vs. | ORDER |
| MONSANTO COMPANY, | |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Andrew L. Davick, as counsel of record for Plaintiffs, (Filing No. 8), is granted. Andrew L. Davick shall no longer receive electronic notice in this case.

Dated this 5th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge